# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D20-3736

_____

BRAD CAMERON WHITFIELD,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

September 15, 2021

PER CURIAM.

DENIED. *See Boston v. State*, 296 So. 3d 580, 583-84 (Fla. 1st DCA 2020) (finding standard-of-proof defects in a Stand-Your-Ground immunity hearing to have been cured after the defendant went to trial, raised a self-defense claim, and was convicted by a jury under the heavier trial burden of proof beyond a reasonable doubt), *rev. granted*, SC20-1164, 2020 WL 5946341 (Fla. Oct. 7, 2020)).

LEWIS, OSTERHAUS, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Robert R. Berry, Tallahassee, for Petitioner.

Ashley Moody, Attorney General, and Quentin Humphrey, Assistant Attorney General, Tallahassee, for Respondent.